IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Tyiece Davis,

        Plaintiff,

v.                                Case No. 1:21-cv-3754-MLB

Waste Management of Georgia, Inc.,

        Defendant.

_____/

**ORDER**

This matter is currently stayed while the parties engage in arbitration. The Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case during the period of the stay. If arbitration does not resolve this matter, the parties shall promptly move to reopen the case.[1]

**SO ORDERED** this 18th day of November, 2021.



MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device and will not prejudice the rights of the parties to this litigation in any manner.